E-filing

**FILED**

APR - 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANICIA BENJAMIN Plaintiff, vs. LAWSON ROOFING CO. Defendant. | CASE NO. _____ **APPLICATION TO PROCEED IN FORMA PAUPERIS**     SI |

I, TANICIA BENJAMIN , declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?          Yes ✓  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 1369.20  Net: 1034.31

Employer: TELICIA BENJAMIN PO BOX 700 RANCHO CORDOVA CA 95741-0700

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1 and wages per month which you received.

2 _____

3 _____

4 _____

5 2.  Have you received, within the past twelve (12) months, any money from any of the

6 following sources:

7   a.   Business, Profession or                  Yes ___ No ✗

8        self employment?

9   b.   Income from stocks, bonds,               Yes ___ No ✗

10       or royalties?

11  c.   Rent payments?                           Yes ___ No ✗

12  d.   Pensions, annuities, or                  Yes ___ No ___

13       life insurance payments?

14  e.   Federal or State welfare payments,       Yes ✗ No ___

15       Social Security or other govern-

16       ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19 WELFARE PAYMENTS $771.00 MO.

20 SOCIAL SECURITY $639.00 MO.

21 3.  Are you married?                           Yes ___ No ✓

22 Spouse's Full Name: _____

23 Spouse's Place of Employment: _____

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $_____  Net $_____

26 4.  a.   List amount you contribute to your spouse's support: $ _____

27     b.   List the persons other than your spouse who are dependent upon you for support

28          and indicate how much you contribute toward their support. (NOTE: For minor

1  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2  M.B. 17  V.G. 15  L.C. 11
3  _____
4  5.  Do you own or are you buying a home?   Yes ___ No _X_
5  Estimated Market Value: $_____ Amount of Mortgage: $_____
6  6.  Do you own an automobile?   Yes ___ No _X_
7  Make _____ Year _____ Model _____
8  Is it financed? Yes _____ No _____ If so, Total due: $ _____
9  Monthly Payment: $ _____
10 7.  Do you have a bank account?  Yes _X_ No ___ (Do not include account numbers.)
11 Name(s) and address(es) of bank: BANK OF AMERICA
12 PO BX 37176 SAN FRANCISCO CA 94137-0001
13 Present balance(s): $ LESS THAN $400.00
14 Do you own any cash? Yes ___ No _X_ Amount: $ _____
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)                                        Yes ___ No _X_
17 _____
18 8.  What are your monthly expenses?
19 Rent: $ 415.00                Utilities: 200.00
20 Food: $ 600.00                Clothing: 1000.00 +
21 Charge Accounts:
22 Name of Account        Monthly Payment        Total Owed on This Account
23 _____          $ _____          $ _____
24 _____          $ _____          $ _____
25 _____          $ _____          $ _____
26 9.  Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.)
28 DIANE BENJAMIN (MOM) 1000.00

1
2  10.   Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___   No ✓
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6
7
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  APRIL 8, 2008
12       DATE                              SIGNATURE OF APPLICANT