UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE TERAZOSIN HYDROCHLORIDE ANTITRUST LITIGATION | CASE No. 3:00-MC-0124 MJJ<br><br>(MDL Docket No. 1317, formerly pending in S.D. Fla.)<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO UNSEAL SEPTEMBER 19, 2000 ORDER DENYING MOTION OF DEFENDANT ABBOTT LABORATORIES, INC. TO COMPEL AND FOR COSTS AND DENYING MOTION OF MCKESSON HBOC, INC. FOR COSTS |

AND NOW, upon consideration of the Application to Unseal the September 19, 2000 Order Denying Motion of Defendant Abbott Laboratories, Inc. to Compel and for Costs and Denying Motion of McKesson HBOC, Inc. for Costs, it is hereby ORDERED that:

1.    Louisiana Wholesale Drug Company Inc.'s Application to Unseal the September 19, 2000 Order Denying Motion of Defendant Abbott Laboratories, Inc. to Compel and for Costs and Denying Motion of McKesson HBOC, Inc. for Costs is GRANTED.

2.    The Court's September 19, 2000 Order Denying Motion of Defendant Abbott Laboratories, Inc. to Compel and for Costs and Denying Motion of McKesson HBOC, Inc. for Costs Motion in the above captioned case is UNSEALED, and may be used for the purposes described below.

3.    The September 19, 2000 Order Denying Motion of Defendant Abbott Laboratories, Inc. to Compel and for Costs and Denying Motion of McKesson HBOC, Inc. for Costs may be disclosed in the litigation currently pending before Judge Claudia Wilken concerning Norvir (the "Norvir Litigation"),1 provided that the Order is treated as "Confidential" under the Stipulated Protective Order entered by Judge Wilken in the Norvir Litigation on December 27, 2007.

IT IS SO ORDERED.

Dated: 6/24/08

SUSAN ILLSTON
United States District Judge