UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TANICIA BENJAMIN

        Plaintiff(s),

v.

LAWSON ROOFING CO.

        Defendant(s).

Case No. 08-01909 SI

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 07/03/2008

LAWSON ROOFING CO.

[Party] Frank Lawson

LITTLER MENDELSON, P.C.

Dated: 07/03/2008

[Counsel] Blane M. Mall

COUNSEL FOR DEFENDANT REPEATEDLY ATTEMPTED TO CONTACT PLAINTIFF. ALTHOUGH THE PARTIES HAVE EXCHANGED VOICE MAIL MESSAGES, ATTEMPTS TO MEET AND CONFER HAVE BEEN UNSUCCESSFUL THUS FAR. DEFENSE COUNSEL UNDERSTANDS THAT PLAINTIFF IS NOT CURRENTLY REPRESENTED BY COUNSEL.

## PROOF OF SERVICE BY MAIL

I am employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On July 3, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

ADR CERTIFICATION BY PARTIES AND COUNSEL

in a sealed envelope, postage fully paid, addressed as follows:

Tanicia Benjamin
3023 Albany Avenue, Apt. 104
Davis, CA 95616

*Plaintiff In Pro Per*

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 3, 2008, at San Francisco, California.

Barbra K. Kearney

Firmwide:85314456.1 051068.1002

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE