# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

TANICIA BENJAMIN

                                        CASE NO. 08-01909 SI

                    Plaintiff(s),

          v.                            NOTICE OF NEED FOR ADR PHONE
                                        CONFERENCE
LAWSON ROOFING CO.

                    Defendant(s).
_____/

          Counsel report that they have met and conferred regarding ADR and that they:

          ✓    have not yet reached an agreement to an ADR process
                request an Early Settlement Conference with a Magistrate Judge

          Date of Case Management Conference  July 18, 2008    ■

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|-------------------|-----------|----------------|
| Blane M. Mall, Attorney for Defendant Lawson Roofing Co. | | (415) 677-3121 | bmall@littler.com |
| | | | |
| | | | |
| | | | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference.  The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____

                                        _____
                                        Attorney for Plaintiff

Dated: July 3, 2008  ■                  *Blane M. Mall*
                                        Attorney for Defendant

Rev 12.05

1    WILLIAM F. TERHEYDEN, Bar No. 43940
     BLANE MARIE MALL, Bar No. 238357
2    OLGA SAVAGE, Bar No. 252009
     LITTLER MENDELSON
3    A Professional Corporation
     650 California Street, 20th Floor
4    San Francisco, CA 94108.2693
     Telephone:   415.433.1940
5    Facsimile:    415.399.8490
     Email: bmall@littler.com
6

     Attorneys for Defendant
7    LAWSON ROOFING CO.

8

                   UNITED STATES DISTRICT COURT
9

              NORTHERN DISTRICT OF CALIFORNIA
10

                     SAN FRANCISCO DIVISION
11

12    TANICIA BENJAMIN,                Case No. CV 08-01909 SI

13           Plaintiff,             **ADDENDUM TO NOTICE OF NEED FOR**
                                  **ADR PHONE CONFERENCE**
14       v.

15    LAWSON ROOFING CO.,

16           Defendant.

17

18           Pursuant to the Court's Order issued July 3, 2008, Defendant Lawson Roofing Co.

19 ("Lawson") hereby submits a Notice Of Need For ADR Phone Conference ("Notice"), attached to

20 this Addendum To Notice Of Need For ADR Phone Conference. The pre-formatted Notice states

21 that "[c]ounsel *report that they have met and conferred* regarding ADR and that they: have not yet

22 reached an agreement to an ADR process. . . ." (Emphasis added.)

23           Lawson submits this Addendum to inform the Court that Defense counsel's attempts

24 to meet and confer with Plaintiff Tanicia Benjamin ("Plaintiff") have not yet been successful. It is

25 Lawson's understanding that Ms. Benjamin is not represented by counsel at this time. Defense

26 counsel has attempted to contact Ms. Benjamin on several occasions and the parties have exchanged

27 several voice mails. Defense counsel will continue to attempt to meet and confer with Ms. Benjamin

28 in an attempt to reach an agreement regarding the parties' ADR obligations. Defense counsel will

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

ADDENDUM TO NOTICE OF NEED FOR
ADR PHONE CONFERENCE                        Case No. 08-01909 SI

1    update the Court and the ADR Unit if the parties reach such an agreement.

2    Dated: July 3, 2008

3

4                             _Blane M. Mall_

5                             BLANE M. MALL
LITTLER MENDELSON

6                             A Professional Corporation
Attorneys for Defendant

7                             LAWSON ROOFING CO.

8    Firmwide:85768810.1 051068.1002

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

ADDENDUM TO NOTICE OF NEED FOR
ADR PHONE CONFERENCE (NO.  CV 08-
01909 SI )           2.

1

## PROOF OF SERVICE BY MAIL

2          I am employed in San Francisco County, California. I am over the age of eighteen

3   years and not a party to the within-entitled action. My business address is 650 California Street,

4   20th Floor, San Francisco, California 94108.2693. I am readily familiar with this firm's practice for

5   collection and processing of correspondence for mailing with the United States Postal Service. On

6   July 3, 2008, I placed with this firm at the above address for deposit with the United States Postal

7   Service a true and correct copy of the within document(s):

8                    NOTICE OF NEED FOR ADR PHONE CONFERENCE;
                     ADDENDUM TO NOTICE OF NEED FOR ADR PHONE
9                    CONFERENCE

10          in a sealed envelope, postage fully paid, addressed as follows:

11   Tanicia Benjamin
     3023 Albany Avenue, Apt. 104
12   Davis, CA  95616

13   *Plaintiff In Pro Per*

14          Following ordinary business practices, the envelope was sealed and placed for

15   collection and mailing on this date, and would, in the ordinary course of business, be deposited with

16   the United States Postal Service on this date.

17          I declare that I am employed in the office of a member of the bar of this court at

18   whose direction the service was made.

19          Executed on July 3, 2008, at San Francisco, California.

20

21

22                                                          _____
                                                                    Barbra K. Kearney

23   Firmwide:85314456.1 051068.1002

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415 433 1940

PROOF OF SERVICE