WILLIAM F. TERHEYDEN, Bar No. 43940
BLANE MARIE MALL, Bar No. 238357
OLGA SAVAGE, Bar No. 252009
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
Email: bmall@littler.com

Attorneys for Defendant
LAWSON ROOFING CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TANICIA BENJAMIN,<br><br>        Plaintiff,<br><br>   v.<br><br>LAWSON ROOFING CO.,<br><br>        Defendant. | Case No. CV 08-01909 SI<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

TO THE JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA FOR THE UNITED STATES DISTRICT COURT AND TO PLAINTIFF TANICIA BENJAMIN:

      Pursuant to Civil L.R. 3-16, the undersigned certifies that, to date, Defendant Lawson Roofing Company ("Lawson") is not aware of any non-party entities or persons that (1) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (2) have a non-financial interest in the subject matter or in a party that could be substantially affected by the

outcome of this proceeding. Lawson reserves the right to supplement this disclosure should additional facts become known to it during the discovery process.

Dated: July 10, 2008

_____
BLANE M. MALL
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
LAWSON ROOFING CO.

Firmwide:85836294.1 051068.1002

CERTIFICATE OF INTERESTED PARTIES        2.
(NO. CV 08-01909 SI )

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**PROOF OF SERVICE BY MAIL**

I am employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On July 10, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

CERTIFICATE OF INTEREST PARTIES

in a sealed envelope, postage fully paid, addressed as follows:

Tanicia Benjamin
3023 Albany Avenue, Apt. 104
Davis, CA 95616

*Plaintiff In Pro Per*

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 10, 2008, at San Francisco, California.

Barbra K. Kearney

Firmwide:85314456.1 051068.1002

PROOF OF SERVICE