**Name and Address:** Tanicia Benjamin
3023 Albany Ave
#104 Davis CA 95616

FILED
08 JUL 15 PM 3:44
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Tanicia Benjamin
**Plaintiff / Petitioner**

VS.

Lawson Roofing
**Defendant / Respondent**

Case No. C08-01909 SI

Document Name: Employment discrimination Request for appointment of counsel

To the United States District Court Northern District of California:

My name is Tanicia Benjamin and I have filed an employment discrimination claim with the U.S. district court and my case number is C08-01909 SI. The judge is the Honorable Susan Illston. I would like to ask the courts for a court appointed attorney to represent me in the this very urgent matter. I would appreciate a response to my request to be mailed to: 3023 Albany Avenue, #104 Davis California 95616.

Thank you in advance for your time in this matter.

Tanicia Benjamin

7/11/08