United States District Court
Northern District of California
Plantiff: Tanicia Benjamin vs Lawson Roofing Defendant
Case # C08-01909 SI



Dear Honorable Susan Illston:

    My name is Tanicia Benjamin. I've filed a complaint with the United States District Court the Northern California District of California on April 9th 2008. I have sought counsel since, as if now I have just recently gotten counsel to represent me in this matter, and he has not yet committed to taking my case at this time. I am requesting to the courts for a 30-day extension on this case for preparation for this case. I also contacted the defendants attorney, Ms, Blane Mall on Wednesday July 9, 2008 @12:53pm asking if she would object to a 30 day extension. She then placed me on hold and came back on the line and responded that "she can not comply with my request for an extension". Ms. Blane then responded by stating that we needed to converse about the joint management conference under the federal rule. I responded to her "as of now I have counsel whom has not yet committed to my case and I can not answer any questions but I am willing to listen". Since this is a federal rule requirement.

    While I anxiously await for a response for an attorney, I will be submitting another letter to the United States District Court for a court appointed attorney.

I would like to take this time to thank the Honorable Susan Illston for taking the time to review my request.

Tanicia Benjamin
7/11/08