**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 7/18/08

Case No.   C-08-1909 SI           Judge:   SUSAN ILLSTON

Title: TANICIA BENJAMIN  -v- LAWSON ROOFING

Attorneys: T. Benjamin (pro se)            B. Mall

Deputy Clerk: Tracy Sutton   Court Reporter: S. McVickar

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2) 

3) 

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                              PART

Case continued to **8/22/08   @ 2:30 p.m.** for Further Case Management Conference

Case continued to    @ 9:00 a.m.    for Motions
(Motion due , Opposition  Reply )

Case continued to    @ 3:30 p.m.   for Pretrial Conference

Case continued to    @ 8:30 a.m.   for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The Court granted plaintiff's request for additional time to obtain counsel.
The parties shall be prepared to discuss some type of ADR procedure at the next conference.
Plaintiff's initial disclosures are stayed pending the next conference.