WILLIAM F. TERHEYDEN, Bar No. 43940
BLANE MARIE MALL, Bar No. 238357
OLGA SAVAGE, Bar No. 252009
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940
Facsimile:    415.399.8490
Email:    bmall@littler.com

Attorneys for Defendant
LAWSON ROOFING CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TANICIA BENJAMIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LAWSON ROOFING CO.,<br><br>　　　　　Defendant. | Case No.  CV 08-01909 SI<br><br>**CASE MANAGEMENT STATEMENT OF DEFENDANT LAWSON ROOFING COMPANY**<br><br>Date:　　August 22, 2008<br>Time:　　2:30 p.m.<br>Judge:　　Hon. Susan Illston<br>Dept.:　　Courtroom 10, 19th Floor |

　　　　At the July 18, 2008 initial Case Management Conference, the Court granted Plaintiff Tanicia Benjamin's request for a thirty-day extension of time to find legal counsel.

　　　　On the morning of August 12, 2008, after returning from a two-week vacation, defense counsel Blane M. Mall attempted to contact Ms. Benjamin via telephone to ascertain whether she had obtained legal counsel and to discuss the joint case management conference statement the parties are required to file pursuant to Civil Local Rule 16-10(d). Ms. Mall received a recorded message stating that Ms. Benjamin's telephone number, (415) 532-5557, has been disconnected or is no longer in service. (See Declaration of Blane M. Mall In Support Of Case Management Statement ("Mall Decl."), ¶ 4, Exh. A.)

1  To date, counsel for Defendant Lawson Roofing has received no communication from or on behalf of Ms. Benjamin indicating that she has retained counsel. (See Mall Decl., ¶ 5.)

With respect to any changes or progress in the litigation, Defendant's position regarding the status of the litigation and its willingness to engage in ADR remain unchanged from those outlined in the initial Case Management Statement and Rule 26(f) Report it filed on July 11, 2008.

Dated: August 12, 2008

*Blane M. Mall*
BLANE MARIE MALL
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
LAWSON ROOFING CO.

Firmwide:86193467.1 051068.1002

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CASE MANAGEMENT STATEMENT OF
DEFENDANT LAWSON ROOFING COMPANY

2.

Case No. CV 08-01909 SI

**PROOF OF SERVICE BY MAIL**

I am employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On August 12, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

CASE MANAGEMENT STATEMENT OF DEFENDANT
LAWSON ROOFING COMPANY

in a sealed envelope, postage fully paid, addressed as follows:

Tanicia Benjamin
3023 Albany Avenue, Apt. 104
Davis, CA  95616

*Plaintiff In Pro Per*

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 12, 2008, at San Francisco, California.

_____
Barbra K. Kearney

Firmwide:85314456.1 051068.1002

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE