WILLIAM F. TERHEYDEN, Bar No. 43940
BLANE MARIE MALL, Bar No. 238357
OLGA SAVAGE, Bar No. 252009
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone:   415.433.1940
Facsimile:    415.399.8490

Attorneys for Defendant
LAWSON ROOFING CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TANICIA BENJAMIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LAWSON ROOFING CO.,<br><br>　　　　Defendant. | Case No. CV 08-01909 SI<br><br>**DECLARATION OF BLANE M. MALL IN SUPPORT OF CASE MANAGEMENT STATEMENT**<br><br>Date:　　August 22, 2008<br>Time:　　2:30 p.m.<br>Judge:　　Hon. Susan Illston<br>Dept.:　　Courtroom 10, 19th Floor |

　　　　I, Blane M. Mall, hereby declare and state:

　　　　1.　　I am a attorney at Littler Mendelson, A Professional Corporation, counsel for Defendant Lawson Roofing Company in the above-entitled matter. If called, I could testify to the matters contained herein. I make this declaration in support of Defendant Lawson Roofing's Case Management Statement.

　　　　2.　　I recently returned from a two-week vacation. I am informed and on that basis believe that Ms. Benjamin made no attempt to contact me during my vacation.

　　　　3.　　On the morning of August 12, 2008, I attempted to contact Plaintiff Tanicia Benjamin to ascertain whether she had obtained legal counsel and to discuss the Joint CMC statement the parties are required to file pursuant to Civil Local Rule 16-10(d). I received a recorded

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECLARATION OF BLANE M. MALL IN
SUPPORT OF CASE MANAGEMENT
STATEMENT

Case No. CV 08-01909 SI

1  message stating that Ms. Benjamin's telephone number, (415) 532-5557, had been disconnected or is
2  no longer in service. I called this number several times and each time received the same message.
3      4.    On August 12, 2008, I sent a letter to Ms. Benjamin informing her of my
4  attempt to contact her and the message indicating that her telephone had been disconnected. I
5  requested that Ms. Benjamin contact me as soon as possible. A true and correct copy of this letter is
6  attached hereto as Exhibit A.
7      5.    As of today, I have received no communication from Ms. Benjamin indicating
8  that she has retained counsel.

10 Dated: August 12, 2008

*/s/ Blane M. Mall*
BLANE MARIE MALL
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
LAWSON ROOFING CO.

Firmwide:86193567.1 051068.1002

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECLARATION OF BLANE M. MALL IN
SUPPORT OF CASE MANAGEMENT    2.    Case No. CV 08-01909 SI
STATEMENT



ALABAMA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DISTRICT OF COLUMBIA
FLORIDA
GEORGIA
ILLINOIS
INDIANA
MASSACHUSETTS
MINNESOTA
MISSOURI
NEVADA
NEW JERSEY
NEW YORK
NORTH CAROLINA
OHIO
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TEXAS
VIRGINIA
WASHINGTON

August 12, 2008

Blane Marie Mall
Direct: 415.677.3121
Direct Fax: 415.743.6506
bmall@littler.com

Ms. Tanicia Benjamin
3023 Albany Avenue, Apt. 104
Davis, CA 95616

Re: *Tanicia Benjamin v. Lawson Roofing Co.*
United States District Court Case No. C08-01909-SI

Dear Ms. Benjamin:

This morning I attempted to contact you with respect to the upcoming Case Management Conference scheduled for August 22, 2008.

At the July 18, 2008 initial Case Management Conference, the Court granted your request for a thirty-day extension of time to find legal counsel. I have only recently returned from a two-week vacation and have, as of today, received no communication from you indicating that you have retained counsel.

When I attempted to contact you via telephone this morning to ascertain whether you had obtained legal counsel and to discuss the Joint CMC statement the parties are required to file pursuant to Civil Local Rule 16-10(d), I received a recorded message stating that your telephone number, (415) 532-5557, had been disconnected or is no longer in service.

Please contact me as soon as possible with your new contact information or, if you have obtained legal counsel, the name and contact information of your legal counsel.

Sincerely,

Blane Mall

Blane Marie Mall
BMM/bkk

Firmwide:86192661.1 051068.1002



THE NATIONAL EMPLOYMENT & LABOR LAW FIRM℠
650 California Street, 20th Floor, San Francisco, California 94108.2693  Tel: 415.433.1940  Fax: 415.399.8490  www.littler.com

**PROOF OF SERVICE BY MAIL**

1. I am employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On August 12, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

DECLARATION OF BLANE M. MALL IN SUPPORT OF CASE MANAGEMENT STATEMENT

in a sealed envelope, postage fully paid, addressed as follows:

Tanicia Benjamin
3023 Albany Avenue, Apt. 104
Davis, CA 95616

*Plaintiff In Pro Per*

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 12, 2008, at San Francisco, California.

Barbra K. Kearney

Firmwide:85314456.1 051068.1002

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE