UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 8/22/08

Case No.   C-08-1909 SI          Judge:   SUSAN ILLSTON

Title: TANICIA BENJAMIN  -v- LAWSON ROOFING

Attorneys: T. Benjamin (pro se)          B. Mall

Deputy Clerk: Tracy Sutton  Court Reporter: C. Kuhl

**PROCEEDINGS**

1)   Further Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to **11/7/08   @ 2:30 p.m.** for Further Case Management Conference

Case continued to **5/8/09  @ 9:00 a.m.**   for Motions
(Motion due 4/3/09, Opposition 4/17/09 Reply 4/24/09)

Case continued to **6/23/09   @ 3:30 p.m.**  for Pretrial Conference

Case continued to  **7/6/09 @ 8:30 a.m.**  for Trial (jury:   Days)
Discovery Cutoff: 3/20/09  Designate Experts by: 2/2/09 , Rebuttal Experts: 2/27/09 Expert Discovery Cutoff: 3/20/09

ORDERED AFTER HEARING:
Plaintiff's new phone number is (415) 887-9515.

Plaintiff shall inform the Court on whether or not she would like an attorney to help her during a settlement conference.